UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00599 WHA |
| ) | |
| Plaintiff, ) | APPLICATION AND [PROPOSED] |
| ) | ORDER TO UNSEAL PLEA |
| v. ) | AGREEMENTS |
| ) | |
| CHAD BRIAN LITZ, ) | |
| MAURICIO MARRUFO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States hereby applies for an order directing that the Plea Agreement for defendant Mauricio Marrufo, filed April 12, 2011, and the Plea Agreement for defendant Chad Litz, filed June 7, 2011, be unsealed. This Court ordered the Indictment for both defendants unsealed on June 27, 2011. There is no longer any justification for maintaining the Plea Agreements under seal.

//

UNSEALING APPLICATION AND ORDER
U.S. v. LITZ, ET AL. (CR 10-599 WHA)

Counsel for both defendants have indicated that they have no objection.

Dated: July 21, 2011.                    Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney


                                         /s/
                                         _____
                                         MICHELLE J. KANE
                                         Assistant United States Attorney


## ORDER

Upon the application of the United States, and good cause appearing, IT IS HEREBY ORDERED that the Plea Agreements for defendants Mauricio Marrufo and Chad Litz in this matter be unsealed and placed on the public docket. IT IS FURTHER ORDERED that all other documents filed with separate sealing orders in this matter remain under seal until further order of the Court.

Dated: July 21, 2011.

                                         _____
                                         WILLIAM H. ALSUP
                                         United States District Judge

UNSEALING APPLICATION AND ORDER
U.S. v. LITZ, ET AL. (CR 10-599 WHA)