1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, ) Case No.  CR 10-00599 WHA
 )
 Plaintiff, ) [PROPOSED] PRELIMINARY ORDER OF
 ) FORFEITURE
 v. )
 )
CHAD BRIAN LITZ, )
 )
 Defendant. )
———————————————— )

  Having considered the Application for a Preliminary Order of Forfeiture filed by the United

States and the defendant's plea of guilty on June 7, 2011 wherein the defendant admitted to the

forfeiture allegation, and good cause appearing,

  IT IS HEREBY ORDERED that the following property is forfeited to the United States:

  1. Six Dell laptop computers;

  2. Fargo HDP5000 Laminator, Model D850190, SN A9500655L

  3. Zebra P430i Dual-Sided Color printer, SN 88J094700111

  4. Zebra QuikCard ID Solution printer, Model P120i, SN 81J093500493

  IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall

seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at

least thirty days, notice of this Order, notice of the government's intent to dispose of the property in

such manner as the Attorney General may direct and provide notice that any person, other than the

defendant, having or claiming a legal interest in the property  must file a petition with the Court and

1   serve a copy on government counsel within thirty (30) days of the final publication of notice or of

2   receipt of actual notice, whichever is earlier.

3         IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify,

4   locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal

5   Rules of Criminal Procedure;

6         IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary

7   Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure

8   32.2(e).

9         IT IS SO ORDERED this _26_ day of _September___ 2011.

10

11                     _____

12                     William Alsup
                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28